# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Victor L. Williams,                                    Civil No. 06-3292 (RHK/AJB)

                     Plaintiff,

                                       **ORDER OF DISMISSAL**
v.                                                     **WITH PREJUDICE**

Midwest Readers Service, Inc.
and Anthony Moulder

                     Defendants.

_____


Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 24), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements and attorney's fees.

Dated:  January 17, 2007

                                         s/Richard H. Kyle_____
                                         RICHARD H. KYLE
                                         United States District Judge